# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ELIAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BUZZFEED, INC., a Delaware Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:19-cv-02569-JAK-AGR<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE (DKT. 14)**<br><br>**JS-6** |

Having reviewed the stipulation of the parties to dismiss this action with prejudice, and finding good cause thereon, the Court **APPROVES** the Stipulation. This action is dismissed with prejudice, with each party to bear their respective costs and attorneys' fees as incurred against one another.

IT IS SO ORDERED.

Dated: July 30, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE